JOHN A. GARCIA
ATTORNEY AT LAW
State Bar No.109192
655 W. 19TH Street
Merced, Ca 95340
(209)723-2170/ (209) 723-3751

Attorney for Defendant
JAIME FARIAS-LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )     CASE NO. 1:10CR00168-02 AWI
                                             )
                    Plaintiff,               )     STIPULATION AND ORDER
                                             )     CONTINUING SENTENCING HEARING
          vs.                                )
                                             )     DATE:  March 4, 2013
JAIME FARIAS-LOPEZ,                          )     TIME:  10:00a.m.
                                             )     Judge:  HON.ANTHONY W. ISHII
                    Defendant.               )
                                             )

          IT IS HEREBY STIPULATED by and between Assistant United States Attorney

Kathleen A. Servatius, Counsel for Plaintiff, Attorney John A. Garcia, Counsel for

Defendant JAIME FARIAS-LOPEZ, that the SENTENCING HEARING date scheduled

for March 4, 2013, be vacated and the SENTENCING  HEARING be continued to this

court's calendar on April 8, 2013 at 10:00 a.m. This continuance is requested as

counsel for the defendant will be in trial and also to have the defendant debriefed by the

government

          The court is advised that counsel have conferred about this request, that they

have agreed to April 8, 2013 date and that Ms. Servatius has  authorized John A.

Garcia to sign this stipulation on her  behalf.

///

1

**IT IS SO STIPULATED**

DATED:      2/20/2013                              /s/ John A. Garcia
                                                  JOHN A. GARCIA
                                                  Attorney for Defendant
                                                  JAIME FARIAS-LOPEZ


Dated:      2/20/2013                              /s/Kathleen Servatius
                                                  KATHLEEN SERVATIUS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff


                              **ORDER**


IT IS SO ORDERED.

Dated:  February 25, 2013          _____
                                   SENIOR  DISTRICT  JUDGE